**ANTHONY E. COLOMBO JR.**
California Bar No. 218411
105 West F Street
San Diego, California  92101
Telephone: (619) 236-1704
Facsimile: (619) 236-1852
anthonycolombolegal@yahoo.com

Attorney for Benjamin Arellano-Felix

# Notice of Appeal to a Court of Appeals From a Judgement or Order of a District Court

United States District Court for the Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 97cr2520-LAB |
| Plaintiff, | CA No. Pending |
| v. | **NOTICE OF APPEAL** |
| **BENJAMIN ARELLANO-FELIX**, | |
| Defendant. | |

Notice is hereby given that Benjamin Arellano-Felix, the defendant, in the above named case, *United States of America v. Benjamin Arellano-Felix*, *97cr2520-LAB*, hereby appeals to the United States Court of Appeals for the Ninth Circuit the denial of his motion to modify the conditions of his pre-trial confinement.

Mr. Arellano-Felix requests an *expedited* schedule for the briefing as the issue concerns the conditions of his pre-trial confinement.

Respectfully Submitted,

Dated: November 28, 2011

/s/ *Anthony E. Colombo, Jr.*
**ANTHONY E. COLOMBO JR.**
Attorney for Mr. Arellano-Felix