## CERTIFICATE OF SERVICE

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day via electronic email on all parties.

Dated: November 28, 2011           /s/ Anthony E. Colombo Jr.
                                              ANTHONY E. COLOMBO JR.
                                              Law Offices of Anthony E. Colombo Jr.
                                              The Senator Building
                                              105 West "F" Street, 3rd Floor
                                              San Diego, California 92101
                                              (619) 236-1704 (tel)
                                              (619) 236-1852 (fax)
                                              Email: anthonycolombolegal@yahoo.com