**ZANDRA L. LOPEZ**
California State Bar No. 216567
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Zandra_Lopez@fd.org

Attorneys for Benjamin Arellano-Felix

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 97cr2520-LAB |
| Plaintiff, | NOTICE OF ATTORNEY APPEARANCE |
| v. | |
| BENJAMIN ARELLANO-FELIX, | |
| Defendant. | |

Pursuant to General Order 692-B regarding District Protocol for Processing applications Under the FirstStep Act, Zandra L. Lopez, Federal Defenders of San Diego, Inc., hereby gives notice that she is counsel who is reviewing/evaluating the above-captioned case.

Respectfully submitted,

Dated: May 9, 2022
*s/ Zandra L. Lopez*
ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
Attorneys for Benjamin Arellano-Felix
Email: Zandra_Lopez@fd.org