**Zandra L. Lopez**
California State Bar No. 216567
**Federal Defenders of San Diego, Inc.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Zandra_Lopez@fd.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   97-cr-02520-LAB |
| Plaintiff, | |
| v. | Status Report Pursuant to General Order No. 692-B |
| BENJAMIN ARELLANO-FELIX, | |
| Defendant. | |

Mr. Arellano-Felix filed a pro se motion for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A)(i). Pursuant to General Order No. 692-B, the Court referred the matter to Federal Defenders of San Diego, Inc. ("FDSDI").

Under General Order 692-B, FDSDI is to review relevant records in the case to determine if the defendant "may qualify for a sentence reduction under § 3582 (c)(l)(A)." Gen. Order 692-B(3) (S.D. Cal. Mar. 4, 2021). FDSDI will then either recommend appointment of counsel or advise the Court that no assistance of counsel is necessary. *Id.* at 692B(4). To inform the Court of its findings and recommendations, the General Order requires FDSDI to file a status report. *Id.*

After review of the relevant records in Mr. Arellano-Felix's case, FDSDI **does not recommend appointment of counsel**, at this time.

Respectfully submitted,

Dated:  May 27, 2022        *s/ Zandra L. Lopez*
                            Federal Defenders of San Diego, Inc.