RANDY S. GROSSMAN
United States Attorney
JOSEPH S. GREEN
Assistant United States Attorney
California Bar No. 251169
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6955

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **No.   97CR2520-LAB-1** |
|---|---|
| Plaintiff, | |
| v. | MOTION TO ENLARGE TIME TO FILE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE (COMPASSIONATE RELEASE) PURSUANT TO 18 U.S.C. 3582(C)(1)(A) |
| BENJAMIN ARELLANO-FELIX (1) | |
| Defendant. | |

The United States of America, by its counsel, Randy S. Grossman, United States Attorney, and Joseph S. Green, Assistant United States Attorney, hereby moves this court for an order enlarging the time for the United States to file its response to Defendant's Motion for Reduction of Sentence (Compassionate Release) Pursuant to 18 U.S.C. 3582(C)(1)(A). Additional time is needed for the United States to obtain transcripts and additional records to fully respond to Defendant's motion.

//

//

//

//

The United States respectfully requests that the court allow the United States to file its response by July 5, 2022.

DATED: June 22, 2022          Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/ Joseph S. Green
JOSEPH S. GREEN
Assistant U. S. Attorney

97CR2520-LAB