UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 97CR2520-LAB |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| BENJAMIN ARELLANO-FELIX (1), | |
| Defendant. | |

I, Joseph S. Green, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action; that I served the following document: MOTION TO ENLARGE TIME TO FILE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE (COMPASSIONATE RELEASE) PURSUANT TO 18 U.S.C. 3582(C)(1)(A) to Defendant's Compassionate Release Motion: by electronically filing with the U.S. District Court for the Southern District of California using its ECF System, and by sending a courtesy copy via first-class mail to:

   Benjamin Arellano-Felix
   Inmate #00678-748
   USP LEE, U.S. PENITENTIARY
   P.O. BOX 305
   JONESVILLE, VA  24263

I declare under penalty of perjury that the above is true and correct.

Executed on June 22, 2022.

/s/ Joseph S. Green
JOSEPH S. GREEN
Assistant United States Attorney