UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN ARELLANO-FELIX (1),<br><br>　　　　Defendant. | Case No. 97CR2520-LAB<br><br>**CERTIFICATE OF SERVICE** |

　　I, Joseph S. Green, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action; that I served the following document: UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) by electronically filing with the U.S. District Court for the Southern District of California using its ECF System, and by sending a courtesy copy via first-class mail to:

　　Benjamin Arellano-Felix
　　Inmate #00678-748
　　USP LEE, U.S. PENITENTIARY
　　P.O. BOX 305
　　JONESVILLE, VA  24263

　　I declare under penalty of perjury that the above is true and correct.

　　Executed on July 5, 2022.

　　　　　　　　　　　　　　　　　　/s/ Joseph S. Green
　　　　　　　　　　　　　　　　　　JOSEPH S. GREEN
　　　　　　　　　　　　　　　　　　Assistant United States
　　　　　　　　　　　　　　　　　　Attorney