Zandra L. Lopez
California State Bar No. 216567
**Federal Defenders of San Diego, Inc.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Zandra_Lopez@fd.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 97-cr-02520-LAB |
|---|---|
| Plaintiff, | |
| v. | Status Report under General Order No. 692-B |
| BENJAMIN ARELLANO-FELIX, | Request to Clarify Procedural History of Court's Order |
| Defendant. | |

Federal Defenders of San Diego, Inc. requests that the Court amend and clarify the procedural history of its order denying motion for reduction of sentence [Dkt. No. 734 (Jan. 31, 2023)]. Federal Defenders believes the amendment is necessary to clarify that undersigned counsel did not intend to comment on, and expressed no opinion on, the merits of the pro se motion.

By way of background, the General Order No. 692-B created procedures to address the significant increase in the number of motions for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) (also known as "compassionate release") following First Step Act and the emergency conditions created by the spread of Covid-19 in the federal prison

system. The General Order appoints Federal Defenders "to evaluate whether any defendant . . . is eligible to petition the Court for compassionate release." 692-B(1) (S.D. Cal. Mar. 4, 2021). The General Order contemplates two types of cases: pro se motions and direct requests for assistance from Federal Defenders by those serving sentences.

For pro se motions, unless the judge finds the matter appropriate for disposition on the motion alone, the judge is instructed to notify Federal Defenders, "so that Federal Defenders can conduct a timely evaluation." *Id*. at 692-B(2). Federal Defenders will then file a status report regarding the appointment of counsel. The status report for pro se motions must (a) indicate that "the judge considering the motion can decide the motion on the existing record without further assistance of counsel" ***or*** (b) recommend appointment of counsel, either from Federal Defenders or the Criminal Judicial Act panel. *See id*. at 692-B(4)(a)-(d).

Under language and purpose the General Order applicable to pro se motions, Federal Defenders does not intend to comment on the merits of a motion by filing a status report that does not recommend appointment of counsel. Instead, when Federal Defenders does not recommend appointment of counsel, it is asserting only what is required by the General Order: a recommendation that "the judge considering the motion can decide the motion on the existing record without further assistance of counsel." *Id*. at 692(B)(4)(a).

The Court's Order denying the motion for compassionate release in this case, however, could be read to imply that undersigned counsel made a recommendation beyond that of appointment of counsel. The use of undersigned counsel's name, emphasis on undersigned counsel's experience in criminal defense, characterization of counsel's obligations

under the General Order, and the italicization the word "against" could leave the reader with the impression that the filed status report was a recommendation on the ultimate merits of the motion. But that is not the task assigned to counsel under the General Order and not what counsel intended.

Undersigned counsel acknowledges that language she used in status report filed on May 27, 2022, may be the source of any misunderstanding. Dkt. No. 722. The status report fails to cite to the language from the General Order which instructs Federal Defenders to inform the Court "whether the judge considering the motion can decide the motion on the existing record without further assistance of counsel." Gen. Order 692-B(4)(a). The status report also includes language from the General Order that does not necessarily apply to recommendations to not appoint counsel under § 692-B(4)(a). Undersigned counsel, and Federal Defenders, will use more precise wording when not recommending appointment of counsel in the future.

For purposes of clarification, however, Federal Defenders requests that the Court amend its procedural history of the order denying the motion for compassionate release. Federal Defenders recommends a variation of the following language for the amended order: "The Court notified Federal Defenders of the pro se motion, and on May 27, 2022, Federal Defenders filed a status report indicating that Federal Defenders did not recommend appointment of counsel."

Respectfully submitted,

Dated: February 2, 2023     *s/ Zandra L. Lopez*
                             Federal Defenders of San Diego, Inc.

3
Request to Clarify Procedural History of Court's Order